## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY R. BOYKIN, | ) | 3:06-CV-0011-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 24, 2006 |
| | ) | |
| J. BAINBRIDGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>GINA MUGNAINI</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Defendants' Motion for Stay (Doc.#40) is **GRANTED**.  This case is stayed pending the court's decision on Defendants' Motion for Vexatious Litigant Order (Doc. #39).

   **IT IS SO ORDERED.**

                                                          LANCE S. WILSON, CLERK

                                                          By:       /s/
                                                                 Deputy Clerk